Weir Attorneys
Ewing Corporate Center
2109 Pennington Road
Ewing, NJ 08638
Tel: (609) 594-4000
Fax: (609)594-4001
Attorneys for Plaintiff(s)
By:  David E. Rehe, Esquire
Attorney ID # 02558-1980

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL WILLIAMS<br><br>Plaintiff<br><br>vs.<br><br>ANTHONY L. DELLAQUILA, TRENTON EMERGENCY MEDICAL SERVICE, CRYSTAL N. JACKSON AND JOHN DOES 1-10 (FICTITIOUS DESIGNATIONS)<br><br>Defendant | Civil Action No. 3:20-cv-15835-BRM-LHG<br><br>**NOTICE OF REMOVAL** |

Plaintiff, Michael Williams, by and through his undersigned counsel, for the purpose of removing this cause pursuant to 28 U.S.C. 1441, respectfully summits this Notice of Removal pursuant to 28 U.S.C. 1446.  Plaintiff appears solely for the purpose of removal and no other purpose, reserving all other allegations available to him.  By way of providing the Court with the basis for Plaintiff's request for removal, Plaintiff respectfully submits the following short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon Plaintiff in such action:

1. State Court Action:  On or about 12/2/2019, Plaintiff, Michael Williams, filed the above captioned action against the Defendants in the Superior Court of New

Jersey, Law Division, Mercer County, in a matter pending as Docket # Mer-L-2285-19 (the "State Court Action").  Copies of all process, pleadings, and Orders served upon the parties are annexed hereto as **Exhibit A** in accordance with 28 U.S.C. 1446 (a).

2. <u>Allegations in Complaint</u>:   In the Complaint, Plaintiff asserts claims for negligence against Defendants stemming from the allegation that Plaintiff was injured on December 5, 2017, as a result of an automobile accident.  Plaintiff was a passenger in a Trenton Emergency Medical Service transport vehicle when it was involved in a collision with a United States Postal Truck.  The Complaint does not specify the nature of Plaintiff's injuries and/or the amount of damages being claims (see Exhibit A).

3. <u>Defendants.</u>  Other than fictitious defendants, Plaintiff named no other defendants than Trenton Emergency Medical Service, Anthony L. Dellaquila (operator of the TEMS transport vehicle) and Crystal N. Jackson (the operator of the United States Postal Truck) in the State Court Action.

4. <u>Federal Court Subject Matter Jurisdiction:</u>  Plaintiff timely filed a Complaint in the United State District Court against the United States of America on November 12, 2020 after receiving a denial of Plaintiff's claim pursuant to the Federal Tort Claims Act.  That Complaint was filed under Docket #   **3:20-cv-15835-BRM-LHG.**  The United States of America was the owner of the postal truck which was involved in the collision with the Trenton Emergency Medical Service vehicle on December 5, 2017.

5. Defendant United States Postal Service (USPS) is (under 39 U.S.C. § 101) an independent establishment of the executive branch of the United States Government, maintains postal service facilities throughout the United States, including Trenton, New jersey located at 28 South Montgomery Street, Trenton, New Jersey. Postal Service headquarters are located at 475 L'Enfant Plaza, S.W. Washington, D.C.

6. This Court has sole and exclusive jurisdiction of the subject matter of this lawsuit under 42 U.S.C. 28 U.S.C. §1346(b), with respect to the legal liability of the USPS arising out of the motor vehicle accident and injuries claimed by the plaintiff.

6. As Plaintiff was a passenger in a Trenton Emergency Medical Service transport vehicle when it was involved in a collision with a United States Postal Truck, defendants Trenton Emergency Medical Service and Anthony L. Dellaquila (operator of the TEMS transport vehicle) are indispensable parties to the within action and removal of the state court action to the USDC in the interests of justice, to avoid inconsistent verdicts, and for judicial economy.

7. <u>Proper Venue</u>. Venue is proper in this district pursuant to 28 U.S.C. § 1391 the Plaintiff resides in this district, and the acts and omissions that give rise to this action occurred in this district.

8. <u>Notice to Defendants and State Court</u>. Promptly upon filing this Notice of Removal with this Court, Plaintiff, through undersigned counsel, will give written notice hereof to defendants, Trenton Emergency Medical Service, Anthony L. Dellaquilla and Crystal N. Jackson, and will file a copy of this Notice of Removal

with the Clerk of the Superior Court of New Jersey, Law Division, Mercer County, New Jersey.

9. <u>Relief Requested</u>. Defendants respectfully give notice that this action is to be removed from the Superior Court of New Jersey, Law Division, Mercer County, New Jersey, to the United States District Court for the District of New Jersey.

**WHEREFORE**, Plaintiff Michael Williams, hereby removes this action, currently pending as Docket Number Docket MER-L- 2285-19 in the Superior Court of New Jersey, Law Division, Mercer County, New Jersey.

Dated: December 31.2020

 /s/ W. John Weir

W. John Weir, Esq.